

**FILED**

JUN 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BOYNTON,<br><br>Defendant. | Case No. 2:18-cr-00106-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL BOYNTON</u>

Case No. <u>2:18-cr-00106-CKD</u> Charge <u>18 USC §111(a)</u>, from custody for the following reasons:

<u>X</u>   Release on Personal Recognizance  *with terms & conditions by stipulation*

____   Bail Posted in the Sum of $ _____

____   Unsecured Appearance Bond $ _____

____   Appearance Bond with 10% Deposit

____   Appearance Bond with Surety

____   Corporate Surety Bail Bond

____   (Other):

Issued at Sacramento, California on <u>June 21</u>, 2018 at <u>1:30 pm</u>.

By: _____
Magistrate Judge Carolyn K. Delaney