McGREGOR W. SCOTT
United States Attorney
JOHN R. MULROY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED
JUN 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:18-CR-00106-CKD |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER |
| v. | ) REGARDING TERMS AND CONDITIONS |
| DANIEL BOYNTON, | ) OF RELEASE |
| Defendant. | ) DATE: June 21, 2018 |
| | ) TIME: 9:30 a.m. |
| | ) JUDGE: Hon. Carolyn K. Delaney |

The defendant, Daniel Boynton, through his undersigned counsel of record, and the United States, through the undersigned Special Assistant United States Attorney, hereby stipulate to the following terms and conditions related to the defendant's release pursuant to 18 U.S.C. §3142:

Conditions of Release:

You are advised that your release is subject to the following conditions:

1. That you shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as

directed.
2. That you shall cooperate with the Federal Defender's Office to arrange transportation to and from any medical appointments and court appearances.
3. That you will communicate with the Federal Defender's Office before attempting to enter any Sacramento Veterans Affairs Medical Center facilities for any reason.
4. That you will not enter any Sacramento Veterans Affairs Medical Center facilities without an escort by the Veterans Affairs Police pursuant to the "flag" currently on your file.
5. That you will not attempt to enter or utilize any shuttle on the Sacramento Veterans Affairs Medical Center campus pursuant to the "flag" currently on your file.
6. That you will comply with any and all treatment directives and take any and all medications as prescribed.
7. That you will communicate with the Federal Defender's Office at least 3 times per week to confirm that you are taking your medications as prescribed, attending any medical appointments or consultations as directed, and are still living in the same residence.
8. You shall notify both the Federal Defender's Office and the U.S. Attorney's Office within 72 hours of any change in residence.
9. You shall not commit any federal, state, or local crime.

///
///
///
///

10. You shall notify the U.S. Attorney's Office through counsel within 72 hours of being arrested or cited.

IT IS SO STIPULATED.

DATED: June 21, 2018      McGREGOR W. SCOTT
United States Attorney

By:    */s/ John R. Mulroy*
JOHN R. MULROY
Special Assistant U.S. Attorney

DATED: June 21, 2018

By:    */s/ Rachelle Barbour*
RACHELLE BARBOUR
For Defendant Daniel Boynton

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: 6/21/2018

HON. CAROLYN K. DELANEY
United States Magistrate Judge