HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
DANIEL BOYNTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:18-cr-106-CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO SEAL COMPETENCY REPORT |
| ) | |
| DANIEL BOYNTON, ) | |
| ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff, United States of America, by and through Special Assistant United States Attorney JOHN MULROY, and Defendant DANIEL BOYNTON, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate to file the Competency Report dated August 6, 2018 by Dr. Robin Lin under seal.

//

//

The parties agree that this stipulation and order satisfy the procedural requirements of notice and request in Local Rule 141. The reason for the sealing is that the competency report contains private medical and psychiatric information about Mr. Boynton that is protected under state and federal privacy law. The government has already received a copy of the competency report from defense counsel. This stipulation and order may be filed in the publicly available case file.

Dated: August 8, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ R. Barbour
RACHELLE BARBOUR
Attorney for Defendant
DANIEL BOYNTON

Dated: August 8, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ John Mulroy
JOHN MULROY
Special Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the Competency Report by Dr. Robin Lin dated August 6, 2018 on Mr. Boynton be filed under seal.

Dated: August 9, 2018

/s/ CAROLYN K. DELANEY
CAROLYN K. DELANEY
United States Magistrate Judge