McGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:18-cr-000106-CKD |
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME UNDER ) THE SPEEDY TRIAL ACT |
| v. | ) ) DATE:  September 20, 2018 |
| DANIEL BOYNTON, | ) TIME:   9:30 a.m. ) JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, the Court scheduled a jury trial to begin on February 4, 2019, at 9:30 a.m.

2.  It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4.  Further, the ends of justice served in granting the continuance for the continuity of

counsel and allowing the defense to further prepare for trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: September 20, 2018          McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ *Eric J. Chang*
                                   ERIC J. CHANG
                                   Special Assistant U.S. Attorney


Dated: September 20, 2018          /s/ *Eric J. Chang for*
                                   Rachelle Barbour
                                   Counsel for Defendant
                                   Daniel Boynton

                                   *Approved via email 9/20/2018*


## [~~Proposed~~] FINDINGS AND ORDER

IT IS SO ORDERED, that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance for the continuity of counsel and allowing the defendant further time to prepare for trial

outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through February 4, 2019.

Dated: September 21, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE