HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
rachelle.barbour@fd.org

Attorney for Defendant
DANIEL BOYNTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:18-CR-00106-CKD |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) MOTION TO SUPPRESS AND |
| v. | ) EVIDENTIARY HEARING |
| DANIEL BOYNTON, | ) DATE: December 13, 2018 |
| | ) TIME: 9:30 a.m. |
| Defendant. | ) JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney, ERIC CHANG, and Attorney RACHELLE BARBOUR attorney for DANIEL BOYNTON, that the Court vacate the current motion to suppress briefing schedule and evidentiary hearing date for December 13, 2018 at 9:30 a.m.

///

///

///

///

///

| | |
|---|---|
| 1 | The Court raised a competency issue at the most recent hearing, and the parties would |
| 2 | like to resolve any competency issues prior to litigation of motions.  The parties anticipate filing |
| 3 | a new briefing schedule once that issue is resolved and the case can proceed.  The next status |
| 4 | conference is already set for November 15, 2018.  Time has already been excluded until the trial |
| 5 | date in February pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). |


The Court raised a competency issue at the most recent hearing, and the parties would like to resolve any competency issues prior to litigation of motions.  The parties anticipate filing a new briefing schedule once that issue is resolved and the case can proceed.  The next status conference is already set for November 15, 2018.  Time has already been excluded until the trial date in February pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: November 1, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ *Rachelle Barbour*
RACHELLE BARBOUR
Attorney for Defendant
DANIEL BOYNTON

Dated: November 1, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ *Rachelle Barbour for*
ERIC J. CHANG
Special Assistant U.S. Attorney

*Approved via email 11/1/2018*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:18-CR-00106-CKD |
|---|---|
| Plaintiff, | ) ORDER TO VACATE MOTION TO SUPPRESS AND EVIDENTIARY HEARING |
| v. | |
| DANIEL BOYNTON, | |
| Defendant. | |

Finding good cause, the Court orders the motion to suppress and evidentiary hearing dates be vacated and affirms the status hearing for November 15, 2018 at 9:00 a.m., before the Hon. Carolyn K. Delaney.

Dated: November 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE