| | |
|---|---|
| HEATHER E. WILLIAMS, #122664 | |
| Federal Defender | |
| RACHELLE BARBOUR, State Bar #185395 | |
| Assistant Federal Defender | |
| Designated Counsel for Service | |
| OFFICE OF THE FEDERAL DEFENDER | |
| 801 I Street, 3rd Floor | |
| Sacramento, CA 95814 | |
| (916) 498-5700 | |
| rachelle.barbour@fd.org | |

Attorney for Defendant
DANIEL BOYNTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-CR-00106-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO SET STATUS HEARING ON |
| v. | ) | COMPETENCY |
| | ) | |
| DANIEL BOYNTON, | ) | DATE: January 9, 2019 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |

  IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC CHANG, Assistant United States Attorney CHRISTOPHER HALES, and Assistant Federal Defender RACHELLE BARBOUR, attorney for DANIEL BOYNTON, that the Court set this matter for a status hearing on Mr. Boynton's competency on January 9, 2019 at 10:00 a.m.

///

///

///

///

-1-

At the last hearing, the Court request a further hearing be set at a time when Dr. Lin would be available to testify, if needed. Dr. Lin has seen Mr. Boynton again, and will submit a supplemental report shortly addressing the competency issue. The parties propose January 9, 2019 at 10:00 a.m. as a date at which the Court may hear from Dr. Lin and the parties on the issue of competency. Time has already been excluded until the trial date in February pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: December 18, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ *Rachelle Barbour*
RACHELLE BARBOUR
Attorney for Defendant
DANIEL BOYNTON

Dated: December 18, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ *Rachelle Barbour for*
CHRISTOPHER HALES
Assistant U.S. Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CR-00106-CKD |
| Plaintiff, | ORDER SETTING STATUS HEARING ON COMPETENCY |
| v. | |
| DANIEL BOYNTON, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

The Court hereby sets a status hearing on Mr. Boynton's competency for January 9, 2019 at 10:00 a.m.

Dated: December 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE