# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **2:18CR00106-1** |
| **DANIEL BOYNTON** | Defendant's Attorney: Rachelle Barbour, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count  1  of the Information.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 111(a) | ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES **(Class A Misdemeanor)** | 6/5/2018 | 1 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count  2  is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.      [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**2/21/2019**
Date of Imposition of Judgment

/s/ Carolyn K. Delaney
Signature of Judicial Officer

**Carolyn K. Delaney**, United States Magistrate Judge
Name & Title of Judicial Officer

2/27/2019
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of:  
3 YEARS COURT PROBATIOIN.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the Federal Defender's Office and the U.S. Attorney's Office within 72 hours of any change of address and contact number.
4. The defendant shall pay a special assessment of $25.00, to be pay immediately to:

    CLERK U.S.D.C.  
    501 "I" Street, #4-200  
    Sacramento, CA 95814

## SPECIAL CONDITIONS OF PROBATION

1. The defendant agrees to make good faith efforts to transfer his psychiatric care to the McClellan VA Clinic;
2. The defendant must check-in with the VA Police upon entering Sacramento VA Medical Center at Mather, CA;
3. The defendant shall notify the U.S. Attorney's Office within 72 hours of being arrested.